```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE F05-0002--CV (RRB)
                     "JEFFREY DAVIS V PROPERTY & CASUALTY INS CO"

              Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 01/14/05
           Closed: 07/14/05

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance

           Origin: (2) Removed from State Court
           Demand: 250,000
       Filing fee: Paid $150.00 on 01/14/05 receipt # 40101077
         Trial by:
```

Parties of Record:                            Counsel of Record:

PLF 1.1          DAVIS, JEFFREY               Ward M. Merdes
                                              Merdes & Merdes PC
                                              POB 71309
                                              Fairbanks, AK 99707
                                              907-452-5400
                                              FAX 907-452-8879


DEF 1.1          PROPERTY & CASUALTY INSURANCE CO   Thomas A. Matthews
                 OF HARTFORD                        Matthews & Zahare
                                                    431 W. 7th Avenue, Suite 207
                                                    Anchorage, AK 99501
                                                    907-276-1516
                                                    FAX 907-276-8955

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE F05-0002--CV (RRB)
                         "JEFFREY DAVIS V PROPERTY & CASUALTY INS CO"

                                    For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 01/14/05
            Closed: 07/14/05

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand: 250,000
        Filing fee: Paid $150.00 on 01/14/05 receipt # 40101077
          Trial by:


Document #    Filed      Docket text
────────────────────────────────────────────────────────────────────────────────

    1 -   1   01/14/05   DEF 1 Notice of Removal from State Court case # 4FA-04-2792 CI.

    2 -   1   01/14/05   DEF 1 Attorney Appearance for defendant by Thomas A Matthews.

    3 -   1   01/14/05   DEF 1 Notice of service list.

    4 -   1   01/21/05   Order to petitioner subsequent to removal. cc: counsel,Judge Beistline

    5 -   1   01/30/05   PLF 1 Response to Order of filing all records and proceedings with
                         exhibits attached.

    6 -   1   03/23/05   RRB Minute Order. Plaintiff directed to take action by no later than
                         April 12, 2005.  cc: cnsl; Judge Beistline

    7 -   1   04/12/05   DEF 1 Answer to Complaint for declaratory relief.

    8 -   1   04/18/05   Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due
                         w/i 28 days from svc of this ord. cc: cnsl

    9 -   1   04/22/05   DEF 1 motion to transfer action to Eastern District of Wisconsin
                         (w/Exhibit A attached).

   10 -   1   04/25/05   PLF 1 motion for Summary Judgment (W/Memo. and Exh. 1 att).

   11 -   1   04/26/05   PLF 1 Unopposed motion for ext of time (until 5/6/05) to file opp to mot
                         to transfer case.

   11 -   2   04/26/05   Order granting Unopposed motion for ext of time (until 05/23/05) to file
                         opp to mot to transfer (11-1).  cc: cnsl; Judge Beistline

   12 -   1   05/19/05   PLF 1; DEF 1 Stipulation to stay briefing and resoultion of Plaintiff's
                         Motion for summary judgment, and be permitted to defer submission of
                         Rule 26 Scheduling and Planning Report until 10 days after the Court
                         rules on defendant's motion to change venue.

   12 -   2   05/19/05   PLF 1; DEF 1 (Status Report) Response to Order at Dkt. 8.
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F05-0002--CV (RRB)
                      "JEFFREY DAVIS V PROPERTY & CASUALTY INS CO"

                                  For all filing dates
```

```
Document #   Filed       Docket text

   13 -   1  05/23/05    PLF 1 opposition to DEF 1 motion to transfer action to Eastern District
                         of Wisconsin (9-1).

   14 -   1  05/25/05    RRB Order approving stip to stay brfing & resolution of plf's mot for sj
                         until 10 days after crt rules on mot to change venue (12-1); submission
                         of S&P rpt stayed until 10 days after rule on mot to change venue;
                         further stat rpt due w/i 10 days after ruling on def's mot to transfer.
                         cc: cnsl

   15 -   1  06/03/05    DEF 1 reply to opposition to DEF 1 motion to transfer action to Eastern
                         District of Wisconsin (9-1).

   16 -   1  07/14/05    RRB Order granting motion to transfer action to Eastern District of
                         Wisconsin. (9-1); terminating in light of this order: motion for Summary
                         Judgment (10-1). cc: cnsl, EDWI

   17 -   1  07/29/05    PLF 1 Notice to court of settlement.

   17 -   2  07/29/05    PLF 1 motion (Request) that court not transfer file to District of
                         Wisconsin pending receipt of dismissal documents.

   18 -   1  08/05/05    RRB Order granting motion (Request) that court not transfer file to
                         District of Wisconsin (17-2) pending receipt of settlement paperwork or
                         status report by 09/15/05. cc: cnsl

   19 -   1  09/15/05    DEF 1 Response to Order (Status Report regarding settlement).

   20 -   1  10/18/05    PLF 1; DEF 1 Stipulation for dismissal with prejudice.

   20 -   2  10/19/05    Order granting stipulation for dismissal with prejudice (20-1). cc:
                         cnsl; Judge Beistline
```